IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALFONSO SALCIDO HERRERA, JR.,

Petitioner,

v.

No. 2:25-cv-00743 KG/GBW
No. 2:23-cr-00413 KG/GBW

UNITED STATES OF AMERICA,

Respondent.

ORDER

This matter comes before the Court upon the United States of America's Second Unopposed Motion to Extend Time to File a Reply to the Government's Response. (Doc. 17). The Motion explains that additional time is requested because Mr. Herrera would like an opportunity to meet with his counsel before the reply is filed. Having reviewed the Motion, the Court finds it well-taken and will be granted.

IT IS THEREFORE ORDERED that the Petitioner Alfonso Salcido Herrera Jr.'s Second Unopposed Motion to Extend Time to File Reply (Doc. 17), is GRANTED. Petitioner shall file a reply to the Government's Response by November 6, 2026.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.